**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR12-50068-PHX-DGC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Daniel Alan Beaver, | |
| Defendant. | |

Defendant Daniel Alan Beaver has filed a Motion for Early Termination of Supervised Release. Doc. 7. The government has filed a response in opposition. Doc. 11. The Court will deny the motion.

Mr. Beaver was released from custody on February 23, 2009, and was arrested less than one year later for violation of his state parole when he tested positive for a controlled substance. Doc. 7 at 3. Defendant remained in state custody for more than two years. When he was released on June 22, 2012, Defendant did not report for federal supervision and apparently was unknown to Arizona federal probation officers. When he was finally found in the spring of this year, he tested positive for amphetamine. Doc. 7 at 3-4.

Applying the factors set forth on page 5 of Defendant's motion, the Court concludes that early termination of supervised release is not warranted. Defendant does not appear to have made progressive strides toward the supervision objective of living a drug-free life. There is evidence of recent drug abuse. Thus, it appears Defendant is still in need of supervision. The Court will address the petition to revoke supervised release

on July 18, 2012, and hopes to fashion a remedy that will assist Mr. Beaver in overcoming his drug use.

**IT IS ORDERED** that Defendant's motion for early termination of supervised release (Doc. 7) is **denied**.

Dated this 31st day of May, 2012.

David G. Campbell
United States District Judge